IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| INTEC (UK) LIMITED )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AEROSPACE MANUFACTURING, )<br>INC., )<br>)<br>Defendant. ) | Civil Action No. 1:05-CV-01167 |

## ORDER ENTERING DEFAULT PURSUANT TO
## RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE
## AGAINST DEFENDANT AEROSPACE MANUFACTURING, INC.

WHEREAS it has been made to appear to the undersigned, upon Motion by Plaintiff Intec (UK) Limited ("Intec"), and upon the Affidavit of Stephen T. Inman, that Defendant Aerospace Investments, Inc. ("Aerospace") has failed to file an Answer or sufficiently plead properly to the Summons and Complaint filed by Intec, and that Defendant Aerospace is otherwise subject to default as provided by the Federal Rules of Civil Procedure; NOW, THEREFORE, default is hereby entered against Defendant Aerospace, as provided by Rule 55(a) of the Federal Rules of Civil Procedure and LR 77.2(a)(4).

This the 6th day of February 2006.

                                                                       /s/ John S. Brubaker
                                                                       United States Clerk of Court
                                                                       Middle District of North Carolina