IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

INTEC (UK) LIMITED

        Plaintiff,

vs.

AEROSPACE MANUFACTURING, INC.,

        Defendant.

Civil Action No. 1:05-CV-01167

## DEFAULT JUDGMENT

THIS CAUSE, coming on to be heard and being heard before the undersigned United States Clerk of Court for the Middle District of North Carolina, upon application of Plaintiff Intec (UK) Limited ("Intec"), for a judgment by default against Defendant Aerospace Manufacturing, Inc. ("Aerospace"); and

WHEREAS it has been made to appear before the undersigned that Aerospace has failed to plead and is in default; and that Defendant is not an infant nor incompetent person, and that the Court has jurisdiction with respect to Defendant and to the subject matter of Plaintiff's complaint; and that Defendant is otherwise subject to default as provided by the Federal Rules of Civil Procedure; and further, that entry of default has heretofore been entered by the United States Clerk of Court for the Middle District of North Carolina; and it appearing that the cause of action alleged in the complaint seeks the recovery of a monetary sum which is liquidated and certain as supported by the affidavit of Stephen T. Inman, and it further appearing to the court that Defendant owes Plaintiff a sum certain in the amount of One Hundred Six Thousand Nine Hundred Fifteen and

92/100 Dollars ($106,915.92), plus pre-judgment interest in the amount of Five Thousand Eight Hundred Two and 92/100 Dollars ($5,802.92), plus post-judgment interest;

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED, that Plaintiff Intec have and recover of Defendant Aerospace the sum of One Hundred Twelve Thousand Seven Hundred Eighteen and 84/100 Dollars ($112,718.84), plus the costs of this action, plus post-judgment interest at the legal rate.

This the 24th day of February, 2006.

_____
United States District Judge