IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| INTEC (UK) LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV01167 |
| | ) | |
| AEROSPACE MANUFACTURING INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on a Motion [Document #13] by Aerospace Manufacturing Inc. ("Aerospace") to set aside the Entry of Default entered by the Clerk of Court on February 6, 2006. Aerospace filed this Motion on February 27, 2006. However, the Court finds that, at the time that Aerospace filed this Motion, the Court had already entered Default Judgment as of February 24, 2006. Aerospace makes no argument in its Motion that the Court should set aside the Default Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, as required by Rule 55(c). See Fed. R. Civ. P. 55(c) ("For good cause shown the court may set aside an entry of default and, if a judgement has been entered, may likewise set it aside in accordance with Rule 60(b).") Moreover, Aerospace has failed, in the interim, to make any subsequent motion concerning Rule 60(b), despite a Response by Plaintiff on March 22, 2006 opposing the Motion to Set Aside Entry of Default because the Default Judgement had already been entered. The time for Aerospace to Reply to this Response has passed. See Local Rule of Civil Procedure 7.3. Accordingly, the Court must DENY Aerospace's Motion to Set Aside

Entry of Default.  IT IS THEREFORE ORDERED that Defendant Aerospace's Motion [Document #13] is DENIED, and the DEFAULT JUDGEMENT of February 24, 2006 is therefore UPHELD.

This, the 14th day of April, 2006.

_____
United States District Judge